United States Bankruptcy Court
Eastern District of Michigan

In re: Shawn and Rashyeda Lewis,   Case No. 14-46010
                                    Judge: Thomas J. Tucker
            Debtor.
_____/

Debtor's Chapter 13 Confirmation Hearing Certificate
[To be completed fully]

At the next confirmation hearing in this case, the debtor intends to:

1. ___ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. _X_ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

>Trustee Objections: provision of post-petition pay stubs, verification of expenses, profit sharing and bonus checks
>Issues: Debtors have provided their post-petition pay stubs to the Trustee, as well as verification of the expenses. The schedules have been amended to reflect the amount of charitable donation consistent with the most recently filed income tax return. Debtors will provide 100% of all future profit sharing and bonus checks to the Trustee and place that language in the Order Confirming Plan.

>Creditor # 1: ABD Federal Credit Union
>Objections: full coverage insurance and equal monthly payments
>Issues: Proof of full coverage auto insurance will be provided to the creditor in advance of the confirmation hearing and split fee language will be address in the OCP.

>Creditor # 2:
>Objections:
>Issues:

3. ___ Request an adjournment of the confirmation hearing to _____, due to the following good cause:

4. \_\_\_ Dismiss the case.  [The Court will construe this as a motion by the debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13.  In that event, a separate motion to dismiss must be filed within 10 days.]

5. \_\_\_ Convert the case to chapter 7.  [The debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice.  Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]

                                                  \_\_/s/ Heather Burnard_____
                                                  Heather Burnard (P66321)
                                                  Debtor's Attorney
                                                  Kostopoulos & Associates, PLLC
                                                  30800 Van Dyke, Suite 204
                                                  Warren, MI 48093
                                                  (586) 574-0916
                                                  law@kostopouloslawyers.com